## U.S DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT SAM, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | No.  25-cv-01420 |
| | ) | |
| MELISSA MOBILE, et al. | ) | |
| | ) | |
| Defendants. | ) | |

---

## NOTICE OF PARALLEL LITIGATION

Please take notice that, in addition to the above-captioned action, there is another pending action involving substantially similar issues, parties, or claims, filed in:

1. Jurisdiction: United States District Court for the Northern District of Illinois

2. Case Title: <u>Robert and Karen Sam v. Melissa Mobile</u>, *et. al.*

3. Case Number:  No.  3:23-cv-50301;

4. The parallel litigation in 23-cv-50301 involves the same or similar nature of claims and issues alleged in this case arising out of the same core of facts, which has pending Robert Sam's motion for the Western Division to take "judicial notice" of the allegations giving rise the claims in this case in the 23-cv-50301 case.

5. Robert Sam previously filed, in 23-cv-50301, a motion to transfer venue for that case to this Eastern Division in October of 2024.

6. Undersigned has filed in that case, pursuant to Rule 42(a), a motion to consolidate that is pending.

7. The undersigned counsel believes that this notice is necessary to alert the Court and all parties involved of the parallel proceedings, which could potentially impact the management of this

case, including pending motions, future motions, motions to consolidate, stay, or coordinate discovery.

February 12, 2026

Respectfully submitted,

/s/ C. Nicholas Cronauer
One of Defendant's Attorneys

## CERTIFICATE OF SERVICE

Defendants, by and through their undersigned counsel, electronically served the Defendants' Melissa Mobile and BKA Holdings, LLC foregoing filing to all parties of record through the PACER/ECF system its FRCP 36 Requests to Admit.

Dated: February 12, 2025.

/s/ Nicholas Cronauer

CRONAUER LAW, LLP
1101 DeKalb Ave Ste 2
Sycamore, IL 60178
Telephone: (815) 895-8585
Email: nc@cronauerlaw.com