

FILED
2/11/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

QR

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

**ROBERT SAM,**
*Plaintiff,*

v.

**DEKALB COUNTY, ILLINOIS;
CHIEF JUDGE BRADLEY WALLER, in his individual and official capacity;
NICHOLAS CRONAUER, in his individual and official capacity;
RILEY ONCKEN, in his individual and official capacity as State's Attorney;
BKA HOLDINGS, LLC;
MELISSA MOBILE,**

*Defendants.*

**Case No.:** 25-cv-01420

**Jury Trial Demanded**

**PLAINTIFF'S MOTION TO INFORM COURT OF JUDICIAL MANIPULATION, REQUEST FOR STAY OF EVICTION, AND REQUEST FOR FEDERAL INVESTIGATION INTO JUDICIAL MISCONDUCT**

**NOW COMES Plaintiff, Robert Sam,** pro se, and respectfully moves this Honorable Court to (1) take judicial notice of Defendants' attempts to manipulate the

judicial process, (2) stay the ongoing eviction proceedings while this federal case is pending, and (3) refer this matter for a federal investigation into judicial misconduct, conflicts of interest, and obstruction of justice.

In support of this Motion, Plaintiff states as follows:

# I. BACKGROUND – EVIDENCE OF JUDICIAL MANIPULATION

1. Plaintiff has uncovered **significant evidence of judicial misconduct and conflicts of interest** involving Defendant **Nicholas Cronauer, Chief Judge Bradley Waller, and other parties.**
2. **Chief Judge Bradley Waller personally communicated with Plaintiff over 135 times via email, phone, and in-person meetings,** leading Plaintiff to believe that he was acting in good faith.
3. However, it has become clear that Waller was actually **coordinating with Defendants and improperly influencing legal proceedings** in favor of BKA Holdings, LLC and Cronauer.
4. Waller also stated that he **personally knows Judge Ian Johnston,** the judge overseeing Plaintiff's **other** federal case (Case No. 23-cv-50301), **raising serious concerns about impartiality.**
5. **Defendant Cronauer, who is both a defendant in this federal lawsuit and legal counsel for the**

landlord in Plaintiff's eviction case, is attempting to consolidate cases in order to avoid scrutiny in federal court.

6. **Cronauer's actions violate fundamental due process rights** and create a direct conflict of interest.

**LEGAL STANDARD:**

- The **Due Process Clause of the Fourteenth Amendment guarantees the right to a fair and impartial tribunal.** See *Caperton v. A.T. Massey Coal Co., 556 U.S. 868 (2009).*

- A judge must **recuse themselves where their "impartiality might reasonably be questioned."** *Liljeberg v. Health Services Acquisition Corp., 486 U.S. 847, 860 (1988).*

- A lawyer **cannot ethically serve as both opposing counsel and a defendant in a related case.** *Illinois Rule of Professional Conduct 1.7.*

**REQUEST:**

Plaintiff respectfully requests that this Court take judicial notice of these facts and prevent Defendants from engaging in further manipulation of the judicial process.

# II. REQUEST FOR STAY OF EVICTION PROCEEDINGS

7. The eviction case against Plaintiff is currently proceeding in **McHenry County due to a transfer by the Illinois Supreme Court.**

8. However, the **eviction is tainted by judicial misconduct and should not proceed while this federal case is pending.**

9. If the eviction case moves forward before this federal lawsuit is resolved, it will:

   ○ **Violate Plaintiff's due process rights** by allowing a tainted legal process to continue.

   ○ **Render the federal case meaningless by allowing Defendants to achieve their goal (eviction) before constitutional violations are fully reviewed.**

   ○ **Give Defendants an unfair advantage by letting Cronauer litigate the eviction while also defending himself in federal court.**

## LEGAL STANDARD:

- **Federal courts have the authority to stay state court proceedings when constitutional rights are at stake.***Younger v. Harris, 401 U.S. 37 (1971).*

- **A stay is appropriate when allowing the state case to proceed would undermine federal jurisdiction and create irreparable harm.** *Landis v. North American Co., 299 U.S. 248 (1936).*

## REQUEST:

**Plaintiff respectfully requests that this Court issue an**

**immediate stay of eviction proceedings pending resolution of this federal case.**

# III. REQUEST FOR FEDERAL INVESTIGATION INTO JUDICIAL MISCONDUCT

10. Plaintiff has compiled significant evidence that suggests the following:

- **Improper ex parte communications between a sitting judge (Waller) and litigants.**
- **Judicial bribery, coercion, and abuse of power.**
- **Obstruction of justice by Defendants attempting to consolidate cases to avoid accountability.**
- **Violations of Plaintiff's due process rights through coordinated legal attacks.**

11. **Judicial bribery and obstruction of justice are federal crimes under 18 U.S.C. § 201 and 18 U.S.C. § 1503.**

12. **The extent of Waller and Cronauer's involvement in Plaintiff's cases warrants federal oversight and review.**

**LEGAL STANDARD:**

- Federal courts **can refer cases for criminal investigation if judicial corruption is suspected.** See *United States v. Aguilar, 515 U.S. 593 (1995)* (discussing judicial obstruction of justice).

- **Public confidence in the judiciary requires that judges and attorneys be held accountable for misconduct.** See *Liteky v. United States, 510 U.S. 540, 555 (1994).*

**REQUEST:**

**Plaintiff respectfully requests that this Court refer this matter for federal investigation due to the seriousness of the allegations.**

# IV. CONCLUSION & RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests that this Honorable Court:

1. **Take judicial notice of Defendants' attempts to manipulate the judicial process.**
2. **Issue an immediate stay of the eviction proceedings in McHenry County.**
3. **Refer this matter for federal investigation into judicial misconduct, bribery, and obstruction of justice.**
4. **Grant any other relief this Court deems just and proper.**

**Respectfully submitted,**

**Robert Sam**

harpees5@yahoo.com

2/11/25

779-777-3265