



FILED

2/14/2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

LJ

U.S. District Court for the Northern District of Illinois

## Motion of Notification of Voluntary Dismissal of Case No. 23-cv-50301

## Case No. 25-cv-01420

I am writing to formally inform the Court that I have voluntarily dismissed **Case No. 23-cv-50301** in order to avoid any concerns of parallel litigation, overlapping claims, or case consolidation issues related to my newly filed matter, **Case No. 25-cv-01420**.

My decision to dismiss the previous case was made in good faith to ensure that the present case proceeds without procedural complications and to eliminate any concerns regarding judicial economy. I respectfully request that the Court acknowledge that **this case (25-cv-01420) is now the sole pending matter regarding the claims raised**.

Respectfully submitted,

**Robert Sam**
Plaintiff, Pro Se
harpees5@yahoo.com

779-778-3365

2/14/25