

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ILLINOIS

**ROBERT SAM,**
Plaintiff,
v.

**DEKALB COUNTY, ILLINOIS;**
**CHIEF JUDGE BRADLEY WALLER, in his individual and official capacity;**
**NICHOLAS CRONAUER, in his individual and official capacity;**
**RILEY ONCKEN, in his individual and official capacity as State's Attorney;**
**BKA HOLDINGS, LLC;**
**MELISSA MOBILE,**
Defendants.

FILED

2/21/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

DD

**Case No.: 25-cv-01420**
**JURY TRIAL DEMANDED**

# NOTICE OF IMPACT AND HARDSHIP CAUSED BY JUDICIAL MISCONDUCT

**NOW COMES** Plaintiff, Robert Sam, pro se, and respectfully submits this Notice to inform this Honorable Court of the profound impact of Chief Judge Bradley Waller's actions, which coerced Plaintiff into signing an agreement resulting in the loss

**of his family's housing vouchers and imminent homelessness.**

## I. INTRODUCTION

1. Plaintiff filed this action alleging **judicial misconduct, unconstitutional bias, due process violations, and illegal coordination between government officials and private parties** in an effort to manipulate judicial outcomes.

2. **Chief Judge Bradley Waller misled Plaintiff through false promises, ex parte communications, and coercive influence, resulting in Plaintiff's loss of vital housing vouchers and leaving his disabled wife and daughter at risk of displacement and life-threatening hardship.**

3. Plaintiff was left with no choice but to sign an agreement under duress, fearing an unjust trial outcome manipulated through improper judicial influence.

## II. SUMMARY OF JUDICIAL MISCONDUCT AND COERCION

4. **Chief Judge Waller falsely promised Plaintiff financial assistance through his banker, contingent**

**upon Plaintiff agreeing to release Defendants Melissa Mobile and Nicholas Cronauer.**

5. **These promises were never fulfilled,** and it is now clear that the offers were made solely to coerce Plaintiff into signing an agreement that resulted in:

   - **The loss of housing vouchers, which were vital for Plaintiff's family's survival.**
   - **An agreement to vacate their home within 7 weeks, leaving Plaintiff's disabled wife and daughter at risk of homelessness.**

6. Plaintiff **trusted Judge Waller's word, believing that he genuinely wanted to help.** This trust was betrayed, as the promises were merely a tactic to push Plaintiff into accepting an outcome that was pre-determined to favor the Defendants.

## III. IMPACT ON PLAINTIFF AND HIS FAMILY

7. **Plaintiff's family is now facing imminent homelessness,** with no financial resources or housing alternatives due to the loss of their vouchers.

8. **Plaintiff's disabled wife's health is at serious risk,** and she may not survive the hardship of being displaced, especially given her medical needs.

9. **The eviction was manipulated through false pretenses, coercion, and judicial bias,** depriving

Plaintiff of a fair legal process and leading to life-threatening consequences for his family.

10. **Judge Waller's actions were not just unethical but inhumane,** as they directly contributed to a situation that endangers Plaintiff's family's lives.

## IV. REQUEST FOR COURT INTERVENTION AND RELIEF

11. **Plaintiff requests this Court to take judicial notice** of the impact and hardship caused by Judge Waller's misconduct and the resulting consequences on Plaintiff's family.

12. **Plaintiff requests expedited consideration** of this federal lawsuit due to the urgent and life-threatening circumstances now faced.

13. **Plaintiff requests this Court to:**

- **Acknowledge the coercive tactics used to obtain the signed agreement.**
- **Allow the federal case to proceed, as the state courts have proven unable to provide a fair legal process due to Waller's influence.**
- **Grant any other relief deemed just and necessary to protect Plaintiff's family from further harm.**

## V. CONCLUSION

14. **This Notice is submitted to inform this Honorable Court of the true impact of the judicial misconduct and coercion faced by Plaintiff.**

15. **Plaintiff seeks justice not only for the legal wrongs committed but for the devastating human cost inflicted upon his family.**

16. **Plaintiff is left with no home, no resources, and no recourse due to the misuse of judicial power,** and urgently seeks this Court's intervention.

**Respectfully submitted,**

**Robert Sam**
Plaintiff, Pro Se
harpees5@yahoo.com
2/21/25