

**FILED**
2/21/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

QR

IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ILLINOIS

**ROBERT SAM,**
Plaintiff,

v.

**DEKALB COUNTY, ILLINOIS;
CHIEF JUDGE BRADLEY WALLER, in his
individual and official capacity;
NICHOLAS CRONAUER, in his individual and
official capacity;
RILEY ONCKEN, in his individual and official
capacity as State's Attorney;
BKA HOLDINGS, LLC;
MELISSA MOBILE,**
Defendants.

**Case No.: 25-cv-01420
JURY TRIAL DEMANDED**

## MOTION TO INTRODUCE SUPPLEMENTAL EXHIBITS AND NOTICE OF MATERIAL CHANGE

**NOW COMES Plaintiff, Robert Sam**, pro se, and respectfully moves this Honorable Court to grant leave to introduce additional exhibits relevant to this matter and to provide notice of material change affecting the

circumstances underlying this case. In support thereof, Plaintiff states as follows:

## 1. Introduction and Background

1. Plaintiff has maintained ongoing correspondence with Judge Bradley Waller, which included assurances and promises of assistance that heavily influenced Plaintiff's actions and decisions, particularly concerning housing and eviction matters.
2. Plaintiff relied on these assurances to his detriment, leading to a loss of vouchers critical for securing housing and ultimately resulting in imminent homelessness for Plaintiff and his family, including his disabled daughter.
3. These communications are pertinent to demonstrating the context and motivation behind Defendant's actions and the impact of Judge Waller's involvement on Plaintiff's decisions and the case's outcome.

## 2. Supplemental Exhibits

1. Plaintiff seeks to introduce the following exhibits as supplemental evidence:
   ◦ **Exhibit A:** Emails from Judge Bradley Waller dated [dates], evidencing promises of assistance and guidance.

- ○ **Exhibit B:** Correspondence discussing financial matters, support promises, and implications on Plaintiff's legal strategies.
- ○ **Exhibit C:** Communication detailing the anticipated relief and resolution suggested by Judge Waller, which influenced Plaintiff's reliance and subsequent losses.

2. These exhibits are directly relevant to Plaintiff's claims, particularly concerning the reliance on representations made by Judge Waller and the material impact on Plaintiff's legal and personal circumstances.

## 3. Notice of Material Change

1. Plaintiff hereby notifies the Court of a material change in circumstances arising from the loss of housing vouchers and the resulting inability to secure new housing, placing Plaintiff and his family at imminent risk of homelessness.
2. This change significantly impacts the relief sought and the underlying equities of this case, as Plaintiff's reliance on Judge Waller's promises directly contributed to the current housing crisis.
3. Plaintiff asserts that Judge Waller's representations were not fulfilled, causing Plaintiff to lose critical financial assistance and leaving no viable alternative housing options.

## 4. Legal Basis for Relief Requested

1. Federal Rule of Civil Procedure 15(d) permits supplemental pleadings setting forth transactions or occurrences or events which have happened since the date of the pleading sought to be supplemented.
2. These supplemental exhibits provide new evidence and context that significantly affect the claims and relief sought in this matter.
3. The material change in circumstances directly impacts Plaintiff's equitable claims and necessitates judicial consideration to ensure a fair and just resolution.

## 5. Request for Relief

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court:

1. Grant leave to introduce the supplemental exhibits as described herein.
2. Take judicial notice of the material change in circumstances affecting Plaintiff's housing and financial situation.
3. Grant any other relief deemed just and proper in light of these new developments.

**Respectfully submitted,**
**Robert Sam**

**Plaintiff, Pro Se**

**harpees5@yahoo.com**
**1/21/25**



1:08

🔍 ⊙ Bradley Waller  ⊗  Cancel

| From | To | Message |

That made my day!! We all need help at some…

**Waller, Bradley**                          6/20/24
Robert Sam
Good Evening. You are the only one who can t…

**Waller, Bradley**                          6/18/24
Robert Sam
Hang in there. Things have a way of working o…

**Waller, Bradley**                          6/14/24
Robert Sam
Happy Father's Day to you. I was going to chec…

**Waller, Bradley**                          6/5/24
Thursday
Thank you for being kind enough to let me kno…

**Waller, Bradley**                          6/4/24
Thursday
See you then Sent from my iPhone

**Waller, Bradley**                          6/1/24
The good fight
Good morning Mr Sam. I always appreciate he…

**Waller, Bradley**                          4/23/24
Response
Good Morning Mr. Sam. I have a very busy day…

**Waller, Bradley**                          11/29/23
Email of Nov 28th
Mr. Sam. I am in receipt of your email from last…

Searching

Edit















1:08

🔍  ⊙ Bradley Waller                      ⊗    Cancel

| From | To | Message |

**Waller, Bradley**                          2/8/25
Banker
I just heard from the banker. Not good news bu...

**Waller, Bradley**                          1/31/25
Robert
↱ Legal assistance denied, eviction proceedin...

**Waller, Bradley**                          1/31/25
Robert
↱ Legal advice requested, possible eviction,...

**Waller, Bradley**                          1/30/25
Robert
Let's chat tomorrow morning. I'll email you tom...

**Waller, Bradley**                          1/29/25
Robert
↱ Financial statement and response to no con...

**Waller, Bradley**                          1/28/25
Bob
My Dad was really big on taking things one ste...

**Waller, Bradley**                          1/27/25
Bob
↱ Hope expressed for resolution, all options w...

**Waller, Bradley**                          1/27/25
Robert
↱ Financial statement attached, eviction case...

**Waller, Bradley**                          1/24/25
Bob
↱ Financial statement requested, will be ready...

Edit

2:26

< Sent

**Found in Emails to GCT Mailbox**

BW **Bradley Waller**  7/11/24
To: robert sam >

## Robert Sam

I have news for you. I'm heading to a 7:30 breakfast meeting and then my court call. Can I call you around 11a ?
Sent from my iPhone

On my call . I Jul 10, 2024, at 11:14 AM, robert sam <harpees5@yahoo.com> wrote:

<p style="border:2px; border-style:solid; border-color:#000000; padding: .7em; background-color:#FFFF00 "><b>CAUTION:</b> This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.</p>

Your honor,

I want to first start off with a thank you, thank you for trying and carrying, these things are seriously lacking by humans today. Karen had labs done at OSF yesterday and well, things are not good at all. The infusions may have to double per month and if that doesn't work then there is nothing



**2:26**

**< Sent** ∧ ∨

**Found in Emails to GCT Mailbox** 🗂

↩ **BW** **Bradley Waller** 7/26/24
To: robert sam >

## Robert Sam

I am sorry. I was so hoping that would have been agreed to.

-----Original Message-----
From: robert sam <harpees5@yahoo.com>
Sent: Thursday, July 25, 2024 1:39 PM
To: Waller, Bradley <bwaller@dekalbcounty.org>
Subject: Robert Sam

<p style="border:2px; border-style:solid; border-color:#000000; padding: .7em; background-color:#FFFF00 "><b>CAUTION:</b> This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.</p>

Your honor,
I don't expect you to respond and it's ok not to I would understand why. I wanted to thank you for everything and trying so hard to help us. But, it's not going work. There will be no mediation and honestly they don't deserve mediation. Thank you for always being there for me and caring. I hope

   

2:26

**Found in Emails to GCT Mailbox**

**Bradley Waller**     8/16/24
To: robert sam >

## Robert Sam

Good morning. I will let you know about a car if I hear of anything. This will be behind you in a short period of time. You have bigger concerns with your family. As I've said before hang in there. As a good friend of mine says try praying it's never hurt anyone to pray. Again I'll let you know about a car. Thanks for letting me know how you are doing. Keep in touch.
Sent from my iPhone

On Aug 15, 2024, at 5:07 PM, robert sam <harpees5@yahoo.com> wrote:

<p style="border:2px; border-style:solid; border-color:#000000; padding: .7em; background-color:#FFFF00 "><b>CAUTION:</b> This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.</p>

Hi your honor,
I hope you're doing well? Court went fine last week, set for trial in October. If you come across

2:27

**Found in Emails to GCT Mailbox**



**Bradley Waller**                     8/20/24
To: robert sam >

# Robert Sam

What can I do to help you?
Sent from my iPhone

On Aug 20, 2024, at 5:04 PM, robert sam
<harpees5@yahoo.com> wrote:

<p style="border:2px; border-style:solid; border-
color:#000000; padding: .7em; background-
color:#FFFF00 "><b>CAUTION:</b> This email
originated from outside your organization.
Exercise caution when opening attachments or
clicking links, especially from unknown
senders.</p>

Judge,
My prayers turn into trouble. I am walking to get
grocery's and meds and really I am so done.  God
does not seem to care much for me. I am tired of
people making me out to be a bad person and
don't even know my story. No one is standing
with me and it's me against the world. All I
wanted was to live and take care of my family and
this town, state, county everyone just won't let
me. I don't want to hear hang in there I have. I



**Found in Emails to GCT Mailbox**

**Bradley Waller**  10/7/24
To: robert sam >

# Good morning

I know we haven't talked in a while but I'm hoping that your landlord will be interested in helping you to get the vouchers to enable you to move. Hope you are otherwise doing as best you can. I will keep you posted.
Sent from my iPhone

   

2:27

< Sent

**Found in Emails to GCT Mailbox**

**Bradley Waller**  10/21/24
To: robert sam >

## Re: Bob

I so enjoyed reading your email. I cried reading about your daughter. That was so moving. Glad you asked all those people for help. Your email made my day. Thank you for sharing everything that you shared.
Sent from my iPhone

On Oct 21, 2024, at 7:12 PM, robert sam <harpees5@yahoo.com> wrote:

<p style="border:2px; border-style:solid; border-color:#000000; padding: .7em; background-color:#FFFF00 "><b>CAUTION:</b> This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.</p>

How goes it. Today got some of the defendants motions to dismiss. I have till late November on a few of them. The Shaw attorney asked me today for more time to respond and I said that's fine. Over the weekend these three young boys from high school came around selling Scripture. There



**2:28**

< Sent

**Found in Emails to GCT Mailbox**

BW **Bradley Waller** 10/22/24
To: robert sam >

## Bob

I read everything you send to me. I have to say that when it comes to a religious debate my response is that the Mormon faith may not always stay true to the Greek translation. The New Testament was originally penned in the Greek. The Mormon version of history is that Christ was not God. Christ of the Scriptures offered only one thing to readers: He claimed to be God. The Mormons don't believe that. If the Scriptures are accurate and He claimed to be God we all have three options. He's either a liar on the level of a poached egg a lunatic or you drop to your knees and worship Him as Lord and Savior. He doesn't offer any other options. You are experiencing very difficult times but it's a season. Seasons change. Why? Because God is in control. All is not lost. Sent from my iPhone

On Oct 22, 2024, at 8:09 PM, robert sam <harpees5@yahoo.com> wrote:

CAUTION: This email originated from outside

   



**2:28**

‹ **Sent**                    ∧   ∨

**Found in Emails to GCT Mailbox**          🗁

(BW) **Bradley Waller**                    1/11/25
To: robert sam ›

## Chat

I have not forgotten about you. Up until these emails I was hoping things were progressing in a positive way. You know I have listened and offered thoughts and possible solutions. If I didn't care about you and your family I wouldn't have reached out in the first instance. I felt we had a rapport and a mutual respect for each other. I suggested a conversation because I'm concerned about you as a person. I'm not walking away and I have not given him a pass because of a deceased child. I merely wanted you to understand that is part of his history and as you well know losing a child is a parent's worst nightmare. That doesn't diminish nor eliminate how you are feeling nor how you have been treated.

   I appreciate you taking the time to respond to me. I'm here if you want to chat.

Get Outlook for iOS

**From:** robert sam <harpees5@yahoo.com>
**Sent:** Friday, January 10, 2025 8:52:54 PM
**To:** Waller, Bradley <bwaller@dekalbcounty.org>
**Subject:** Re: Chat





2:29

**< Sent**

**Found in Emails to GCT Mailbox**

**BW** **Bradley Waller** 1/17/25
To: robert sam >

# Bob

Can you chat this weekend? I have time tomorrow afternoon and Sunday afternoon. I am happy to help.

Get Outlook for iOS

**From:** robert sam <harpees5@yahoo.com>
**Sent:** Thursday, January 16, 2025 9:25:21 PM
**To:** Waller, Bradley <bwaller@dekalbcounty.org>
**Subject:** Bob

<p style="border:2px; border-style:solid; border-color:#000000; padding: .7em; background-color:#FFFF00 "><b>CAUTION:</b> This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.</p>

How goes it? Looking forward to Monday the inauguration. Carrie underwood singing the national anthem, should be real good. So Jamie never called, so I think she is passing. They all pass, they see this case and they run like the plague is here. So, we will probably just let that go and they get away with it. Karen can't do this on her own. It was an easy and obvious win for us but, nothing comes easy. When I was talking with her, she didn't seem to thrilled in helping us. Every attorney wants 10k down. The other guy you gave me was super

   

2:30

**Found in Emails to GCT Mailbox**



**Bradley Waller**                    1/20/25
To: robert sam >

## Chat

Negative for Covid. Sitting at my desk working. I signed the special pros order it will be filed tomorrow if we are open. Feeling a ton better. Hope you are well.

**From:** robert sam <harpees5@yahoo.com>
**Sent:** Sunday, January 19, 2025 4:00 PM
**To:** Waller, Bradley <bwaller@dekalbcounty.org>
**Subject:** Re: Chat

**CAUTION:** This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

No problem at all. You rest, I think you got covid. No court tomorrow, you better call in. Covid gives bad bad headaches. Eagles will win. Buffalo will win. Redskins will win superbowl.

On Jan 19, 2025, at 3:40 PM, Waller, Bradley <bwaller@dekalbcounty.org> wrote:

I will take care of the appointment of the special prosecutor Tuesday. Sorry about not talking. I feel absolutely terrible. I've been on the couch all day. Can't

   

2:30

< Sent

**Found in Emails to GCT Mailbox**

**Bradley Waller**  1/24/25
To: robert sam >

## Bob

You are welcome. Happy to help you and your family.

Get Outlook for iOS

---

**From:** robert sam <harpees5@yahoo.com>
**Sent:** Friday, January 24, 2025 10:19:44 AM
**To:** Waller, Bradley <bwaller@dekalbcounty.org>
**Subject:** Bob

<p style="border:2px; border-style:solid; border-color:#000000; padding: .7em; background-color:#FFFF00 "><b>CAUTION:</b> This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.</p>

Judge,
Just wanted to say, really thank you for everything. Being there for me, seriously thank you. I may not ever be able to do anything for you, but I can promise you, that if given a real chance, I will make it and I will help many many people along the way.

2:30

< Sent

**Found in Emails to GCT Mailbox**

**Bradley Waller**                    1/24/25
To: robert sam >

# Bob

You are welcome. Happy to help you and your family.

Get Outlook for iOS

---

**From:** robert sam <harpees5@yahoo.com>
**Sent:** Friday, January 24, 2025 10:19:44 AM
**To:** Waller, Bradley <bwaller@dekalbcounty.org>
**Subject:** Bob

<p style="border:2px; border-style:solid; border-color:#000000; padding: .7em; background-color:#FFFF00 "><b>CAUTION:</b> This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.</p>

Judge,
Just wanted to say, really thank you for everything. Being there for me, seriously thank you. I may not ever be able to do anything for you, but I can promise you, that if given a real chance, I will make it and I will help many many people along the way.

   

2:30

**Found in Emails to GCT Mailbox**

**Bradley Waller**                    1/24/25
To: robert sam ›

# Bob

Can you put together a financial statement in anticipation of me talking to my banker buddy? I don't need it but he will. If you could just have it ready to go. Thanks

Get Outlook for iOS

---

**From:** Waller, Bradley <bwaller@dekalbcounty.org>
**Sent:** Friday, January 24, 2025 10:25:54 AM
**To:** robert sam <harpees5@yahoo.com>
**Subject:** Re: Bob

You are welcome. Happy to help you and your family.

Get Outlook for iOS

---

**From:** robert sam <harpees5@yahoo.com>
**Sent:** Friday, January 24, 2025 10:19:44 AM
**To:** Waller, Bradley <bwaller@dekalbcounty.org>
**Subject:** Bob

<p style="border:2px; border-style:solid; border-color:#000000; padding: .7em; background-color:#FFFF00 "><b>CAUTION:</b> This email originated from outside your organization. Exercise caution when opening attachments or clicking links,



**2:30**

< Sent

**Found in Emails to GCT Mailbox**

**Bradley Waller**  1/27/25
To: robert sam >

# Robert

Thank you for the financial statement. Hopefully this works out so you can move and get on with your life free of the current situations. I will let you know on Wednesday what the banker says. Talk soon.

Get Outlook for iOS

---

**From:** robert sam <harpees5@yahoo.com>
**Sent:** Sunday, January 26, 2025 12:21:21 AM
**To:** Waller, Bradley <bwaller@dekalbcounty.org>
**Subject:** Robert

<p style="border:2px; border-style:solid; border-color:#000000; padding: .7em; background-color:#FFFF00 "><b>CAUTION:</b> This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.</p>

Judge,
Attached is the financial statement, hopefully that will help us. Also attached is the response I am filing Monday in this ridiculous no contact stalking motion. The BK case I am going to have Karen dismiss, there is no point to move forward with this for two reasons. First, the trial





2:30

**< Sent**

**Found in Emails to GCT Mailbox**

**Bradley Waller**                               1/28/25
To: robert sam >

# Bob

My Dad was really big on taking things one step at a time. Although it's difficult borrowing worry doesn't help in the long run. You have had some significant difficulties to be sure but let's see what I find out tomorrow afternoon. Maybe just maybe things will turn around. Hang in there.

Get Outlook for iOS

**From:** robert sam <harpees5@yahoo.com>
**Sent:** Tuesday, January 28, 2025 5:12:11 PM
**To:** Waller, Bradley <bwaller@dekalbcounty.org>
**Subject:** Bob

<p style="border:2px; border-style:solid; border-color:#000000; padding: .7em; background-color:#FFFF00 "><b>CAUTION:</b> This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.</p>

Judge,
Can't tell you enough how much you not giving up on me means. I filed my appearance and Motion to dismiss that OP today. She will rule in there favor, it's Dekalb, she will. You know, this morning I sat in quite thinking of what my



2:31

‹ Sent                              ⋀    ⋁

Found in Emails to GCT Mailbox

**Bradley Waller**                    1/29/25
To: robert sam ›

# Robert

Just hung up with the banker. It was a good conversation. He will get back to me next week. Your income makes it a bit challenging but he wants to talk to a couple of the other lenders at the bank to see what they can do. It may come down to a one time grant that would give you sufficient funds for a security deposit and enough rent for a head start for a number of months. He is trying to be creative. I will call you when I have a definite answer from him. Take care.

**From:** robert sam <harpees5@yahoo.com>
**Sent:** Saturday, January 25, 2025 11:21 PM
**To:** Waller, Bradley <bwaller@dekalbcounty.org>
**Subject:** Robert

<p style="border:2px; border-style:solid; border-color:#000000; padding: .7em; background-color:#FFFF00"><b>CAUTION:</b> This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.</p>

Judge,
Attached is the financial statement, hopefully that will help us. Also attached is the response I am filing Monday in this ridiculous no contact stalking motion. The BK case I am going to have Karen dismiss, there is no point to move forward with this for two reasons. First, the trial won't be until after the eviction trial and two, she can't be a lawyer

2:31

〈 Sent

**Found in Emails to GCT Mailbox**

**Bradley Waller**                    1/31/25
To: robert sam 〉

# Robert

Morning. You are entitled to an attorney in any case that has jail as a possibile penalty. I would persist in that request. The civil matter is going to resolve one way or another. Tell Mr Cronauer you have something pending regarding getting out sooner but you will know more next week. I'm asking you to think about the following: again think about it. You both execute mutual releases if sufficient money comes from the bank. I'm talking about Mobile only at this point. Please just think about it. I can talk more later this afternoon. Thanks.

Get Outlook for iOS

---

**From:** robert sam <harpees5@yahoo.com>
**Sent:** Friday, January 31, 2025 7:19:43 AM
**To:** Waller, Bradley <bwaller@dekalbcounty.org>
**Subject:** Re: Robert

**CAUTION:** This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders



**2:31**

〈 **Sent**

Found in Emails to GCT Mailbox

**Bradley Waller** 1/31/25
To: robert sam 〉

## Robert

I only asked you to think about it and only if monies are forthcoming from the bank.

**From:** robert sam <harpees5@yahoo.com>
**Sent:** Friday, January 31, 2025 2:35 PM
**To:** Waller, Bradley <bwaller@dekalbcounty.org>
**Subject:** Re: Robert

**CAUTION:** This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

No they won't help us. Don't worry about it. It's the way it is. And to ask me to settle and release these people for nothing but a security deposit and few months of rent that they don't even pay and for a place that we can't get because no one will rent to us to bad. They get away with what they did to us? I won't bother you anymore. I am on my own.

On Jan 31, 2025, at 2:06 PM, Waller, Bradley <bwaller@dekalbcounty.org> wrote:

Prairie State? I know you have checked there but it might

