## U.S DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| ROBERT SAM, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | No.  3:25-cv-01420 |
| | ) | |
| MELISSA MOBILE, et al. | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' OPPOSED MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE

COMES NOW Defendants MELISSA MOBILE, BKA HOLDING, LLC, and C. NICHOLAS CRONAUER, by and through undersigned counsel, respectfully submits this motion to extend the deadline for the Defendants to file a responsive pleading:

1.      This case has a tortured procedural history stemming from an eviction filed against Plaintiff in 2022 by BKA Holdings and its attorney, co-Defendant Riley Oncken.

2.      The genesis of this lawsuit started in state court in DeKalb County, Illinois, cause number 23 LA 40, which Plaintiff subsequently dismissed voluntarily.

3.      Plaintiff also filed, in federal court, 23-cv-50301, in essence the same state court case, which he voluntarily dismissed on February 13, 2025.

4.  This case in a continuation of these filings.

5.      Plaintiff has a tentative date of April 15, 2025, to move out of the underlying premises or else be evicted. *See* Exhibit A, attached hereto.

6.      While no party has been served, undersigned and foregoing Defendants voluntarily appeared in this case given the connection between the two cases and inform the court of the overlapping litigation, that Plaintiff subsequently dismissed.

7.      Defendants request they are granted until April 22, 2025 to answer or otherwise plead,

because whether the Plaintiff voluntarily vacates the underlying premises or is forcibly evicted could impact the responsive pleading to be filed.

8. Plaintiff objects to this extension.

9. There will be no undue hardship nor prejudice to any party by granting this extension, but will create judicial efficiency given the issues to be decided and lack of service on any other Defendant.

WHEREFORE, Defendants pray that they are granted an extension of time to file a responsive pleading for good cause shown.

Respectfully Submitted,

/s/ C. Nicholas Cronauer
Attorney for BKA Holdings, LLC & Melissa Mobile

CRONAUER, LAW, LLP
ARDC #6305683
1101 DeKalb Ave., Suite 2
Sycamore, IL 60178
(815) 895-8585/(815) 895-4070 Fax
nc@cronauerlaw.com
service@cronauerlaw.com

**CERTIFICATE OF SERVICE**

Defendants, through their undersigned counsel, electronically served Defendants' Melissa

Mobile and BKA Holdings, LLC Motion for Extension of time to all parties of record through the

PACER/ECF system.

Dated:  March 10, 2025.

*/s/Nicholas Cronauer*
CRONAUER LAW, LLP
1101 DeKalb Ave Ste 2
Sycamore, IL 60178
Telephone: (815) 895-8585
Email: nc@cronauerlaw.com