**IN THE CIRCUIT COURT OF THE TWENTY-THIRD JUDICIAL CIRCUIT
DEKALB COUNTY, ILLINOIS**

BKA HOLDINGS, LLC, an Illinois Limited
Liability Company,

Plaintiff,

v.

ROBERT SAM and KAREN SAM, &
Unknown Occupants

Defendants.

Case No. 2024 EV 136

**FILED**

**FEB 21 2025**

Lori Grubbs
Clerk of the Circuit Court
DeKalb County, Illinois

---

## ORDER GRANTING PLAINTIFF'S PARTIAL MOTION FOR SUMMARY JUDGMENT ON POSSESSION

This matter coming before the Court on agreement of the parties, the Court being fully advised in the premises, and pursuant to the agreement reached between Plaintiff BKA Holdings, LLC ("Landlord") and Defendants Robert Sam and Karen Sam ("Tenants") on Plaintiff's pending partial motion for summary judgment, IT IS HEREBY ORDERED AS FOLLOWS:

1. The Court hereby enters partial summary judgment in favor of Plaintiff, BKA Holdings, LLC on the issue of possession only, against the Defendants, Robert and Karen Sam, but possession shall be stayed until 8:00 a.m., on April 15, 2025;

2. The issue of damages is expressly reserved for determination on April 16, 2025, before Judge Berg, making this an interlocutory order under Supreme Court Rule 304(a) because it's only an order for possession, reserving a final judgment on damages until April 16, 2025;

3. Possession shall be stayed until 8:00 AM on April 15, 2025, and no eviction or enforcement action shall be taken by the Sheriff before this date and time.

4. If Defendants vacate the property before 8:00 a.m. April 15, 2025, Plaintiff shall waive all claims for past due rent, utilities, and any other damages on April 16, 2025, and this partial order for possession will be vacated and the case sealed by agreement of the parties.

5. Upon verification that Defendants have vacated, Plaintiff shall move to vacate this Order within five (5) days of April 16, 2025, if not vacated on April 16, 2025.

Page 1 of 3

6.      If the Sheriff is required to forcibly remove Defendants on April 15, 2025, this order shall remain in effect, not be vacated, the case will not be sealed, and the court will enter an order of damages against the Defendant and in Plaintiff's favor of $0.

7.      Defendants expressly waive and forfeit any right to move to vacate, modify, or set aside this judgment in the trial court before April 16, 2025, pursuant to 735 ILCS 5/2-1301(e), or any other rule of civil procedure, common law, or Supreme Court Rule in exchange for Plaintiff's waiver of damages.

8.      This Order is not a final appealable order until it becomes a final judgment on April 16, 2025.

9.      The parties agree that the 30-day appeal period shall begin to run on April 16, 2025, because that is when final judgment shall render.

10.      Defendants retain the right to pursue, to the extent permitted by all applicable laws, the claims, lawsuits, or legal actions already filed against Plaintiff, captioned in the Northern District of Illinois, Federal Court as 25-cv-01420; and in the twenty-third judicial circuit, 24 LA 69, however, Plaintiff retains the right to defend the claims to the fullest extent provided by law.

11.      However, Defendants waive any right to assert, file, or pursue any new claims, known or unknown, against Plaintiff or related entities, arising from this eviction case, this agreement, or its enforcement, including but not limited to any conduct occurring on February 15, 2025 or after, including retaliatory eviction, coercion, duress, fraud, fraudulent inducement, misrepresentation, or any challenge to the legality of the eviction order entered pursuant to this agreement.

12.      This waiver does not apply to any alleged claims Defendant may have unrelated to any eviction.

13.      Plaintiff agrees to dismiss, with prejudice, its pending tort claim in the twenty-third judicial circuit, 24 LA 29, against Defendant Robert Sam for unauthorized practice of law and malicious prosecution, with prejudice on April 16, 2025, as consideration for this partial summary judgment order.

14.      The stalking no-contact order pending in the Twenty-Third Judicial Circuit, 25 OP 33 shall remain in effect through April 16, 2025, after which it shall be voluntarily dismissed by Plaintiff through Plaintiff's undersigned counsel so long as Robert and Karen Sam have vacated the property voluntarily or forcibly, so long as Defendant Robert Sam shall not relocate within five (5) miles of Plaintiff Melissa Mobile's current Kane County residence.

15.      Defendants agree to vacate the premises in broom-clean condition, with no significant damage beyond normal wear and tear.

16. This agreement was entered into the court record before Judge Joel Berg to confirm the parties' mutual understanding and consent thereto.

17. Defendants had an opportunity to obtain the advice of counsel prior to entry of this order.

18. *Cause continued to April 16, 2025 @ 9:00 a.m. in CR 201 via Zoom for status.*

**ENTERED:**

Dated: *Feb. 20*, 2025

_____
Honorable Judge Joel D. Berg,
Special Assignment for the Circuit Court of DeKalb County, Illinois

**AGREED TO AND ACCEPTED:**

**Plaintiff:**

BKA Holdings, LLC

By: _____
Authorized Representative

Date: Feb 18, 2025

**Defendants:**

Robert Sam
Signature: _____
Date: Feb 18, 2025

Karen Sam
Signature: _____
Date: Feb 18, 2025

*19. Trial dates of Feb. 24-26, 2025 are stricken.*

Page 3 of 3