

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ILLINOIS

**ROBERT SAM,**
Plaintiff,
v.
**DEKALB COUNTY, ILLINOIS, et al.,**
Defendants.



**FILED** MEN
3/10/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**Case No.:** 1:25-cv-01420

# PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION FOR EXTENSION OF TIME

**NOW COMES Plaintiff, ROBERT SAM,** pro se, and respectfully objects to Defendants' Motion for Extension of Time. Plaintiff states the following grounds for objection:

## 1. The Court Has Not Yet Ruled on Key Threshold Issues

1. Plaintiff's case is still **pending preliminary review** by the Court to determine:
   - Whether the case will be **allowed to proceed**;
   - Whether Plaintiff will be **appointed counsel**; and

- ○ Whether Plaintiff's **request to waive filing fees** will be granted.

2. The **Defendants have not yet been served** because the Court has not ruled on the **fee waiver request** that would allow proper service.

3. Granting Defendants **more time to respond to a complaint they have not even been served with** is premature and unnecessary.

## 2. The Urgency of This Case Requires Immediate Action, Not Delays

4. Plaintiff and his family are in **immediate danger** due to **wrongful and criminal actions** by Defendants.

5. **Defendants internally arranged for Plaintiff's family's housing vouchers to be cancelled, leaving his wife and disabled daughter at risk of homelessness.**

6. **Defendants are now attempting to violate a legally binding agreed court order**, further compounding their unlawful actions.

7. Plaintiff **requested a stay based on the life-threatening consequences** of Defendants' actions, yet **no relief has been granted**.

8. Instead of addressing these pressing issues, Defendants are seeking **more time to respond to a complaint they haven't even been served with**— while Plaintiff's family remains in crisis.

# 3. Defendants Are Engaging in Delay Tactics to Avoid Accountability

9. **Defendants have already obstructed justice** by engaging in fraudulent conduct that resulted in the cancellation of Plaintiff's housing assistance.
10. Now, they are seeking an **extension of time to further delay justice**, despite knowing the severe harm their actions have caused.
11. The Court should not **reward bad faith tactics** by allowing Defendants additional time to respond **when they have already acted improperly and continue to endanger Plaintiff's family**.

# 4. Request for Immediate Relief from the Court

12. Given the **serious nature of the crimes committed** and the **ongoing harm to Plaintiff's family**, the Court should:
- **Deny Defendants' Motion for Extension of Time**;
- **Grant Plaintiff's request for a stay** to protect his family from further harm; and
- **Expedite review of Plaintiff's request for appointed counsel and waiver of filing fees** so the case can proceed without unnecessary delay.

# 5. Conclusion

WHEREFORE, Plaintiff respectfully requests that this Honorable Court:

A. **Deny Defendants' Motion for Extension of Time**;
B. **Grant Plaintiff's Request for a Stay**, as his wife and disabled daughter's safety and well-being are at risk due to Defendants' wrongful actions;
C. **Expedite review of Plaintiff's pending motions** for a fee waiver and appointed counsel; and
D. Grant any further relief the Court deems just and proper.

**Respectfully submitted,**
Dated: 3/10/25

**ROBERT SAM**
Plaintiff, pro se

**Robert Sam**
**Address:** 639 stonegate dr sycamore Illinois 60178
**Phone:** 779-777-3265
**Email:** harpees5@yahoo.com